IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: ADMINISTRATIVE MATTER | § | |
| | § | Miscellaneous No. 3:15-MC-0061-D |
| IN RE: WILLIAM M. WINDSOR | § | |

## <u>ORDER</u>

After making an independent review of the pleadings, files, and records in this case, and the November 30, 2015 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the recommendation of the magistrate judge is correct, and it is therefore adopted, although on a different ground.

The magistrate judge recommends that this miscellaneous matter be dismissed based on movant William M. Windsor's ("Windsor's") September 11, 2015 withdrawal of request for leave. The magistrate judge recommends that the court deny as moot Windsor's June 8, 2015 request for leave, and terminate this matter at Windsor's request.  Samuel Round ("Round") objects to the recommendation and asks the court not to terminate this matter, contending that, contrary to Windsor's withdrawal of request, the matter is not moot, that Windsor's actions are a tremendous burden to the courts and to the individuals whom he sues, and that doing so is necessary to maintain the integrity of the judicial system and prevent Windsor from causing further expense and hardship to other individuals and parties.

The court adopts the recommendation of the magistrate judge that this matter be dismissed, although it does so on another ground.  Windsor filed this matter because, under Judge Thrash's order, he must seek and obtain leave from the appropriate United States District Court before filing any complaint or initiating any proceeding, including any new lawsuit or administrative proceeding, in any court (state or federal) or agency.   Even if Round is correct that Windsor has *not* been

permitted to file his brief in the Tenth Court of Appeals—so that this matter is not moot—the effect of dismissing this matter is not to permit Windsor to do anything in the Tenth Court of Appeals or any other court.  The effect is to leave Windsor where he was before he initiated this matter, i.e., not having obtained leave from this court to pursue an appeal in the Tenth Court of Appeals.

Accordingly, considering that Windsor is seeking to withdraw his request for leave, and that allowing to do so, and dismissing this matter, simply returns him to the posture he was in before he filed the request—without allowing him to pursue an appeal in the Tenth Court of Appeals—the court adopts the recommendation of the magistrate judge that this miscellaneous matter be dismissed.

This miscellaneous matter is dismissed.

**SO ORDERED**.

December 30, 2015.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

- 2 -